UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GM NAMEPLATE, INC.,

    Plaintiff,

v.                                        Case No: 8:09-MC-111-T-30EAJ

AXIOM WORLDWIDE, LLC,

    Defendant.
_____/

# **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Elizabeth A. Jenkins (Dkt. #32). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #32) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all

purposes, including appellate review.

2. Plaintiff's Motion for Entry of Final Judgment of Garnishment as to the Bank Accounts Being Held Pursuant to Writ of Garnishment and Notice of Abandonment of the Safe Deposit Boxes Held by Regions Bank (Dkt. #28) is GRANTED.

3. Plaintiff is relieved of the obligation to file an inventory with the Court of the contents of the safe deposit boxes held by Regions Bank, N.A.

4. The Clerk of Court is directed to enter Judgment in favor of Plaintiff GM NAMEPLATE, INC. and against Garnishee REGIONS BANK, N.A. in the amount of $2,959.43.

**DONE** and **ORDERED** in Tampa, Florida on April 30, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Odd\2009\09-mc-111.adopt 32.wpd